|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | DISTRICT OF NEVADA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO: 2:17-cr-00379-KJD-GWF-1 |
| vs. | ) ) | **ORDER** |
| ALEXANDER ELIAS, | ) ) ) | |
| Defendant. | ) ) ) ) | |

## **ORDER**

IT IS THEREFORE ORDERED that the Probation Department will prepare a pre-plea presentence investigation report for Alexander Elias.

DATED AND DONE this  24th  day of ___September___, 2018.

By: _____/s/_____
UNITED STATES DISTRICT COURT JUDGE